UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA NEWMAN, as Executor of the Estate of Robert Newman,

                Plaintiff,

-against-

JOHN KROGER, M.D., et al.,

                Defendants.

24-CV-949 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    The Complaint was filed on February 8, 2024 and summonses were issued on February 9 and 12, 2024. The docket does not reflect that the summons and Complaint were properly served on Defendants. *See* Fed. R. Civ. P. 4(i)

    IT IS HEREBY ORDERED that Plaintiff submit a letter to the Court by **April 29, 2024** describing why Plaintiff has failed to serve the summons and Complaint as directed by Rule 4(i) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendants have been served, when and in what manner such service was made.

Dated:  April 22, 2024
          New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*

                                            JESSICA G. L. CLARKE
                                            United States District Judge