UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA NEWMAN AS EXECUTOR OF THE ESTATE OF ROBERT NEWMAN,<br><br>                    Plaintiff,<br><br>            -against-<br><br>JOHN KROGER, M.D., et al.,<br><br>                    Defendants. | 24-CV-949 (JGLC)<br><br>**NOTICE OF HEARING** |

JESSICA G. L. CLARKE, United States District Judge:

On December 3, 2024, Plaintiff Erica Newman filed a motion to approve the settlement of claims and distributions previously stipulated by the parties (ECF No. 41) and for an award of attorneys' fees. ECF No. 43 (the "Approval Motion").

IT IS HEREBY ORDERED that counsel for all parties shall appear for a conference regarding the Approval Motion on **January 17, 2025 at 2:30 PM**. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 973581994#.

Dated: January 6, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge