UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA NEWMAN AS EXECUTOR OF THE ESTATE OF ROBERT NEWMAN,<br><br>                      Plaintiff,<br><br>-against-<br><br>JOHN KROGER, M.D., et al.,<br><br>                      Defendants. | 24-CV-949 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      On December 3, 2024, Plaintiff Erica Newman filed a motion to approve the settlement of claims and distributions previously stipulated by the parties (ECF No. 41) and for an award of attorneys' fees and costs. ECF No. 43 (the "Approval Motion"). A hearing regarding the Approval Motion is currently scheduled for January 17, 2025. However, the Court requires further information from Plaintiff's counsel to support their requested costs.

      IT IS HEREBY ORDERED that Plaintiff's counsel shall submit documentary support for the costs they request as part of the settlement on or before **January 15, 2025.** The Clerk of Court is respectfully directed to reopen the case.

Dated: January 13, 2025
        New York, New York

                                                                          SO ORDERED.

                                                                          *Jessica Clarke*
                                                      _____
                                                      JESSICA G. L. CLARKE
                                                      United States District Judge